THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ZHAUNDU BRADLEY, Appellant. [932 NYS2d 906]—

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Concur—Moskowitz, J.P., Renwick, DeGrasse, Abdus-Salaam and Román, JJ.